# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>MOHAMMED SAFDAR GOHIR,<br><br>Defendant(s). | 2:14-CV-748 JCM (CWH) |

**ORDER**

Presently before the court is the case of *Gohir v. United States of America*, case no. 2:14-cv-00748-JCM-CWH.

Appellant Mohammad Safdar Gohir filed this action on May 13, 2014, apparently attempting to appeal a decision by Magistrate Judge Hoffman remanding him to the custody of the U.S. Marshals. However the instant motion is premature, as Judge Hoffman has yet to issue an order on the matter.

Furthermore, the court notes that appellant's action is procedurally improper, as this court lacks jurisdiction over direct appeals of the orders of magistrate judges in extradition matters. *In re Extradition of Siegmund*, 887 F. Supp. 1383, 1384 (D. Nev. 1995). Therefore, the court will dismiss the instant appeal without prejudice. If appellant wishes to obtain relief after Magistrate Judge Hoffman issues an order on this matter, he must do so through the vehicle of habeas corpus. *See id.* (stating that 28 U.S.C. § 2241 is the sole remedy to appeal detention in an extradition matter).

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Appellant Mohammad

3  Safdar Gohir's appeal (doc. # 1) is DISMISSED WITHOUT PREJUDICE.

4  DATED May 14, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**